**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                 Case No.: 20-10699-PGH.
                                                                        Chapter 13

Hector G Veliz
Maria E Veliz

_____Debtor(s)_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 3 | Internal Revenue Service | $4,309.80 |

Basis for Objection and Recommended Disposition

On or about March 19, 2020, Creditor filed a priority unsecured proof of claim in the amount of $4,309.80 for an estimated amount owed for the Debtors' 2019 income tax returns. The Debtors recently filed their 2019 tax returns and do not owe anything to the Creditor. In fact, the Debtors are owed a refund of $2,228.00. Therefore, the Debtors request the claim be stricken and disallowed.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  April 3, 2020                           Respectfully Submitted:

                                                                 Robert Sanchez, P.A.
                                                                 355 West 49th Street
                                                                 Hialeah, FL 33012
                                                                 Fl. Bar No. 0442161
                                                                 Telephone: (305) 687-8008
                                                                 E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)