B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
### For The Southern District of Florida

In re:  
HECTOR G VELIZ  
MARIA E VELIZ

Case No. 20-10699-PDR

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust | Kirkland Financial LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
SN Servicing Corporation  
323 Fifth Street  
Eureka, CA 95501

Court Claim # (if known): 4  
Amount of Claim: 339,724.57  
Date of Claim Filed: 03/25/2020

Phone: 800-603-0836  
Last Four Digits of Acct #: 3303

Phone: (888) 595-9536  
Last Four Digits of Acct #: 3504

Name and Address where transferee payments should be sent (if different than above):

Phone:  
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Melbalynn Fisher  
    Transferee/Transferee's Agent

Date: February 2, 2022

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 2100B (Form 2100B) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In re:  
HECTOR G VELIZ  
MARIA E VELIZ

Case No. 20-10699-PDR

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 4 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor:  
Kirkland Financial LLC

Name of Transferee:  
U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust

Address of Alleged Transferor:  
P.O. Box 970  
Goodlettsville, TN 37070

Address of Transferee:  
SN Servicing Corporation  
323 Fifth Street  
Eureka, CA 95501

### ~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____  
**CLERK OF THE COURT**