# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**CASE NO.:  20-10699-BKC-PDR**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

HECTOR G VELIZ
XXX-XX-7492
MARIA E VELIZ
XXX-XX-2745

DEBTORS_____/

### TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1.  A NOTICE OF PAYMENT CHANGE WAS FILED BY US BANK (CLAIM #4)

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this  6th day of July, 2022.

/s/ Robin R. Weiner_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
HECTOR G VELIZ
MARIA E VELIZ
17794 SW 28TH STREET
MIRAMAR, FL  33029-5123

**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49TH STREET
HIALEAH, FL  33012

**CREDITOR(S)**
ANDREW CECERE, PRESIDENT
C/O U.S. BANK N.A.
425 WALNUT ST.
CINCINNATI, OH  45202

CAPITAL ONE BANK (USA) N.A.
AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVENUE
OKLAHOMA CITY, OK  73118

CAPITAL ONE BANK (USA) N.A.
C/O AMERICAN INFOSOURCE LP
POB 71083
CHARLOTTE, NC  28272

CSC LAWYERS INCORPORATING SERVICE
R/A FOR SN SERVICING COMPANY
2710 GATEWAY OAKS DR., SUITE 150N
SACRAMENTO, CA  95833

CT CORPORATION SYSTEM
R/A FOR US BANK, NA
1200 SOUTH PINE ISLAND RD.
PLANTATION, FL  33324

GHIDOTTI BERGER, LLP
3050 BISCAYNE BLVD.- SUITE 402
MIAMI, FL  33137

MOTION TO DISMISS
CASE NO.:  20-10699-BKC-PDR

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA, PA  19101-7346

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
POB 10587
GREENVILLE, SC  29603-0587

PROBER & RAPHAEL
20750 VENTURA BLVD SUITE 100
WOODLAND HILLS, CA  91364

UNITED STATES TREASURY
POB 7317
PHILADELPHIA, PA  19101-7317

US BANK TRUST NATIONAL ASSOCIATION
C/O SN SERVICING CORPORATION
323 5TH ST
EUREKA, CA  95501

WILMINGTON SAVINGS FUND SOCIETY, FSB
KONDAUR CAPITAL CORPORATION
333 SOUTH ANITA DRIVE, SUITE 400
ORANGE, CA  92868-3314